B3B (Official Form 3B) (12/07)-- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re __Wendy Gunderson_____  Case No. __10-75876__
                              Debtor(s)              Chapter __7__

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __74.75__ on or before __12-15-10__

$ __74.75__ on or before __1-15-11__

$ __74.75__ on or before __2-15-11__

$ __74.75__ on or before __3-15-11__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on ___ at ___ .m. at ___ . (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __DEC 6 2010__                           _____
                                                  United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

In re:

WENDY GUNDERSON

Case No. 10-75876


    I certify that on December 6, 2010, I caused a copy of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(\*\*) to the following:

**Wendy Gunderson \*\***
15610 Rockdale Rd.
South Beloit, IL 61080


**David L Davitt**
Schlueter Ecklund
4023 Charles Street
Rockford, IL 61108


**Stephen G Balsley**
Barrick, Switzer, Long, Balsley, etal
6833 Stalter Drive
Rockford, IL 61108

**U.S. Trustee**
**William Neary**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715


*/s/ Mimi Kuczynski*
Mimi Kuczynski, Courtroom Deputy